Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'07 MAR 29 P2:23

U.S.A. vs. Syvonne Lee Ross                                   Docket No. 99-00007-013 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Syvonne Lee Ross, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall pay a special assessment of $100.

10-24-00:   Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base; 96 months' incarceration, 4 years' supervised release.
02-25-05:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on August 21 and 24, 2006; December 13, 2006; February 13, 2007; and March 1, 6, 13, 2007, the defendant tested positive for marijuana. She also failed to report for scheduled office appointments on August 29, 2006; November 7, 2006; December 12 and 27, 2006; and February 27, 2007. Furthermore, on March 16, 2007, the defendant was cited for Disorderly Conduct by the Erie Police Department. As a response to her violations, on March 19, 2007, Ms. Ross signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, in which she agreed to be placed on home confinement for a period of 90 days.

U.S.A. vs. Syvonne Lee Ross
Docket No. 99-00007-013 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall be placed on home confinement for a period not to exceed 90 days. The defendant shall pay all or part of the daily costs of the electronic monitoring on a schedule set forth in a separate payment agreement. At the direction of the probation officer, the supervised releasee shall wear an electronic device and shall observe the rules specified by the Probation Office.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , _____ and ordered filed and a part of the records in the above case. | Executed on    March 29, 2007 |
| _____ Senior U.S. District Judge | _Matthew L. Rea_ (signature) Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:    Erie, PA |