Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Syvonne Lee Ross                                 Docket No. 99-00007-013 Erie

## Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Syvonne Lee Ross, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall pay a special assessment of $100.

10-24-00:   Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base; 96 months' incarceration, 5 years' supervised release.
02-25-05:   Released to supervision: Currently supervised by U.S. Probation Officer Matthew L. Rea.
04-02-07:   Petition signed by Judge Cohill; Supervision condition added that the defendant shall be placed on home confinement for up to 90 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following violations:

**The defendant shall refrain from any unlawful use of a controlled substance.**

On March 22, 2007; April 3, 10, and 18, 2007; May 21, 2007; June 7, 2007; and July 13, 2007, the defendant submitted urine samples that later tested positive for marijuana. On April 10, 2007, Ms. Ross admitted to also using Ecstacy. Prior to March 22, 2007, the defendant tested positive for marijuana on 12 occasions.

U.S.A. vs. Syvonne Lee Ross
Docket No. 99-00007-013 Erie
Page 2

**The defendant shall not commit another federal, state, or local crime.**

On May 23, 2007, the defendant pled guilty to Disorderly Conduct and was fined $266.70.

**The defendant shall answer truthfully all inquiries by the probation officer.**

On July 13, 2007, the defendant stated that she had not used illegal drugs since her last use which was in May 2007. A urine sample collected on that date tested positive for marijuana.

**The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless permission to do so is granted by the probation officer.**

On March 16, 2007, the defendant was fighting outside an Erie bar when a man involved in the fight was murdered. On June 6, 2007, Ms. Ross admitted to being present while marijuana was actively being used in a room at her residence.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom D, Second Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2007

_____
Matthew L. Rea
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA