Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA



U.S.A. vs. Syvonne Lee Ross                                Docket No. 99-00007-013 Erie

'07 AUG 14 P 3:51

**Supplemental Petition on Supervised Release**

CLERK
U.S. DISTRICT COURT

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Syvonne Lee Ross, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall pay a special assessment of $100.

10-24-00: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base; 96 months' incarceration, 5 years' supervised release.
02-25-05: Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.
04-02-07: Petition signed by Judge Cohill; Supervision condition added that the defendant shall be placed on home confinement for up to 90 days.
08-06-07: Petition signed by Senior Judge Maurice B. Cohill, Jr., scheduling a show cause hearing for August 21, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports the following violation:

**The defendant shall refrain from any unlawful use of a controlled substance.**

    Ms. Ross tested positive for cocaine from a urine sample submitted on July 31, 2007. This test was confirmed by Kroll Laboratory Specialist, Incorporated, on August 9, 2007.

U.S.A. vs. Syvonne Lee Ross
Docket No. 99-00007-013 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the above-cited alleged violation of supervision be incorporated as part of the petition action previously made a part of the records in this case on August 7, 2007.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____, _____ and ordered filed and a part of the records in the above case. | Executed on    August 13, 2007 |
| | *[signature]* |
| | Matthew L. Rea |
| | U.S. Probation Officer |
| _____ | *[signature]* |
| Senior U.S. District Judge | Gerald R. Buhan |
| | Supervising U.S. Probation Officer |
| | Place:    Erie, PA |