# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

__United States__ )
)
)
vs. )  CR.No. 99 - 7 (13) Erie
__Syvonne Lee Ross__ )
)
)
Defendants )

HEARING ON __Supervised Release Revocation__

Before __Maurice B. Cohill, Jr.__

__Christine Sanner, AUSA__                __Patricia Ambrose, Esq.__

Appear for Plaintiff                      Appear for Defendant

Hearing Begun  08/21/2007  3:30 p.m.      Hrg Adjourned to _____

Hrg concluded C.A.V.  3:59 pm.            Stenographer  Sonora Black

### WITNESSES
For Plaintiff                             For Defendant

Def. Witness: Pastor Arthur Curtis Henderson.
Def. Witness: Defendant's Mother.

Defendant's supervised release is not revoked at this time. Continue the period of supervised release.